**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JARIKA ROLAND,**

     *Plaintiff,*

**v.**                               **CASE NO.: 4:18cv410-MW/CAS**

**WAFFLE HOUSE, INC.,**

     *Defendant.*

_____/

**<u>ORDER FOR ENTRY OF JUDGMENT</u>**

Pursuant to the jury's verdict in this case, ECF No. 124, the Clerk shall enter judgment stating:

"This case was tried to a jury, with Chief District Judge Mark E. Walker presiding, and the jury has rendered its verdict.  ECF No. 124.

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the Plaintiff, Jarika Roland, and against the Defendant, Waffle House, Inc., in the amount of $53,515.07 for past medical expenses; $42,000.00 for future medical expenses; $15,000.00 for past pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, or loss of capacity for the enjoyment of life; and $5,000.00 for future pain and suffering, , disability, physical impairment, disfigurement, mental anguish, inconvenience, or loss of capacity for the enjoyment of life; for a total award of $115,515.07 with interest from the date of this judgment

1

as provided by law.   This Court reserves jurisdiction to award costs on a timely motion." The Clerk shall close the file.

**SO ORDERED on October 11, 2019.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**